# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:15-00076 |
| ) | Judge Trauger |
| ) | |
| MICHAEL PARKER ) | |

## O R D E R

It is hereby **ORDERED** that the Clerk shall file as part of the record in this case Exhibits 1, 2 and 3 from the defendant's sentencing held on May 6, 2015, and the CD of the bench trial held on January 7, 2015, and sentencing held on May 6, 2015. Upon the defendant's request, the Clerk shall make available to the defendant a duplicate of the CD of the trial and sentencing.

It is further **ORDERED** that the defendant shall file his brief in support of his appeal of his conviction by July 31, 2015, and the government shall respond by August 28, 2015.

It is so **ORDERED**.

ENTER this 26th day of June, 2015.

ALETA A. TRAUGER
U.S. District Judge